**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**NAKIA CHANEY,**

        **Plaintiff,**

    **v.**                                           **6:16-CV-1185**

**ALBANY POLICE DEPARTMENT, et al.,**

        **Defendants.**
_____

**APPEARANCES:**                         **OF COUNSEL:**

NAKIA CHANEY
913 Lincoln Avenue
Schenectady, NY 13207
Plaintiff, *pro se*

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

### ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed on the 28th day of November 2016. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: December 27, 2016
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge